448 A.2d 1174

Commonwealth v. Thomas, Appellant.

Submitted December 7, 1981. Ronald J. Harper, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.